## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 3:24-cv-13082-MGM |
| v. ) | |
| ) | |
| SAFR TECHNOLOGIES, INC., ) | |
| SYED GILANI, ) | |
| CHIME FINANCIAL, INC., and ) | |
| VINEET MEHRA, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS CHIME FINANCIAL, INC. AND VINEET MEHRA'S AGREED MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants Chime Financial, Inc. ("Chime") and Vineet Mehra ("Mehra") (collectively, "Defendants"), by counsel, respectfully request that the Court extend the time they have to respond to Plaintiff's Amended Complaint, to and including February 28, 2025. In support of this motion, Defendants state as follows:

1. On November 12, 2024, Plaintiff filed his Amended Complaint against Defendants and others in the Superior Court of Hampden County, Commonwealth of Massachusetts.

2. Defendants Safr Technologies and Syed Gilani removed the case to this Court on December 13, 2024, making Defendants' responsive pleadings originally due to be filed on December 20, 2024. *See* Fed. R. Civ. P. 81(c)(2).

3. The Court subsequently granted Defendants' requests for extensions of time to respond to Plaintiff's Amended Complaint while Defendants investigated the claims, and the Court considered Plaintiff's Motion for Leave to File a Second Amend Complaint (ECF No. 13) and Motion to Remand (ECF No. 12). (*See* ECF Nos. 9, 11, 20-21, 23-25.)

Accordingly, Defendants' responses to Plaintiff's Amended Complaint are currently due to be filed on February 7, 2025. (*Id.*)

4. Plaintiff and Defendants Chime and Mehra have since then reached a resolution in principle of Plaintiff's claims asserted against Chime and Mehra but need additional time to finalize the terms of their agreement. To allow the parties sufficient time to resolve this matter without incurring additional litigation costs, Defendants respectfully request a 21-day extension of their deadline to respond to Plaintiff's Amended Complaint, to and including February 28, 2025.

5. This is Defendants' third request for an extension of time to respond to the Amended Complaint, and the request is made in good faith and not for the purpose of delay or for any other improper purpose.

6. Moreover, the requested extension will not interfere with any deadlines in this case, as the case is in its early stages and no scheduling order has yet been entered.

7. Counsel for Defendants has conferred with Plaintiff, who agreed to the requested extension.

WHEREFORE, Defendants Chime Financial, Inc. and Vineet Mehra respectfully request that the Court extend the time they have to respond to Plaintiff's Complaint to and including February 28, 2025.

> Respectfully submitted,
>
> CHIME FINANCIAL, INC. and
> VINEET MEHRA
>
> By: /s/ Nathaniel Spilman
>     One of their attorneys

Nathaniel Spilman
BBO: 709717
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Telephone: (312) 379-8547
Facsimile: (312) 939-0983
nspilman@pilgrimchristakis.com

## **CERTIFICATE OF SERVICE**

Nathaniel Spilman, an attorney, certifies that on February 5, 2025, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and sent a copy of the same by electronic mail and U.S. Mail, proper postage prepaid, to the individuals listed below:

Paul Jones
79 Thompson Street
Springfield, MA 01109
(413) 302-6079
PJ22765@gmail.com

*Pro Se Plaintiff*

/s/ Nathaniel Spilman