# Exhibit A

**Exhibit A**

**NPPES NPI Registry**    NPPES  Downloads  API  Help

## Provider Information for 1275928459

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know

COMMONWEALTH CUMMUNITY RECOVERY DIVISION
Other Names:
                  Doing Business As: CCRD INC.
Organization Subpart: NO

NPI: 1275928459
Last Updated: 2015-04-03
Certification Date:

### Details

| Name | Value |
| --- | --- |
| NPI | 1275928459 |
| Enumeration Date | 2015-04-03 |
| NPI Type | NPI-2 Organization |
| Status | Active |
| Authorized Official Information | Name: PAUL JONES<br>Title: President<br>Phone: 8886553004 |

**NPPES NPI Registry**     NPPES   Downloads   API   Help

| | |
|---|---|
| Mailing Address | 79 THOMPSON ST<br>SPRINGFIELD, MA 01109-3921<br>United States<br><br>Phone: 617-939-5417 \| Fax:<br>View Map |
| Primary Practice Address | 79 THOMPSON ST<br>SPRINGFIELD, MA 01109-3921<br>United States<br><br>Phone: 617-939-5417 \| Fax:<br>View Map |
| Secondary Practice Address(es) | |

| Health Information Exchange | Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Endpoint Affiliation | Endpoint Location |
|---|---|---|---|---|---|---|---|

| Other Identifiers | Issuer | State | Number | Other Issuer |
|---|---|---|---|---|
| | MEDICAID | MA | ========= | |

| Taxonomy | Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|---|
| | Yes | 343900000X - Non-emergency Medical Transport (VAN) | MA | S49769293 |


A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244