# Exhibit 1

# Phone bill

2 Cell Phone

Home internet

3 Trackers

Registered to Plaintiffs address

79 Thompson Street, Springfield, Ma 01109

**T&middot;** | Bill issue date | Account | Page
---|---|---|---
 | Oct 20, 2024 | 970070951 | 1 of 22

## TOTAL DUE
## -$2.92

Your account has a credit balance, this will be credited to your next bill.

AutoPay is scheduled for Nov 11, 2024 using MasterCard ****7079.

Thanks for your payments totalling $410.67.

## Hi Paul,
### Here's your bill for October.

Enjoying your new devices? Thanks for adding an Equipment Installment Plan. Details below.

---

### BALANCE FORWARD
### -$200.00

This is what happened since your last bill:
- Your last bill was $210.67.
- You made payments totaling $410.67.

---

### PLANS
### $131.61

3 VOICE LINES = $70.00  |  4 CONNECTED DEVICES = $61.61

This month's charges are $3.39 less
- You added 3 Connected Devices lines.
- 3 lines changed their usage address. This impacts the taxes calculated in your bill.
- Account received a total AutoPay discount of $45.00.



COMPARE YOUR PLAN MONTH-TO-MONTH
$135.00  $135.00  $135.00  $131.61
Jul  Aug  Sep  Oct

---

### EQUIPMENT
### $47.47

5 HANDSETS = $40.38  |  2 ACCESSORIES = $7.09

This month's charges are $4.59 less
- Your equipment installment plans has ended for a device which has decreased your bill.
- 3 lines added a new device. See details below.
- 3 lines received promotions of $5.25.

The T-Mobile® app lets you easily:
- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

### SERVICES
### $18.00

1 PROTECTION PLAN = $18.00  |  1 T-MOBILE SUBSCRIPTION = $0.00

This month's charges are the same as last month's
- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

Data and texting abroad:
- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

YOU HAVE
## $74.64
IN TOTAL SAVINGS

With your promotions and discounts, you are saving some extra cash!

## Largest.
## Fastest.
## Most Awarded
## 5G Network.

YOU ARE COVERED IN
## 215+
countries & destinations w/ text and data

T-Mobile is America's most awarded 5G network with the most individual awards for 5G metrics in public reports from independent industry experts. Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Fastest median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data 5G download speeds for Q4 2022.


| | Bill issue date | Account | Page |
|---|---|---|---|
| | Oct 20, 2024 | 970070951 | 2 of 22 |

# YOUR LAST BILL

| BALANCE FORWARD | | -$200.00 |
|---|---|---|
| Previous balance | | $210.67 |
| Payment - thank you | Oct 11 | -$210.67 |
| Payment - thank you | Oct 12 | -$200.00 |

# THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| Totals | | $131.61 | $47.47 | $18.00 | $197.08 |
| Account | | $70.00 | - | $0.00 | $70.00 |
| (617) 939-5417 | Voice | Included | $32.09 | $18.00 | $50.09 |
| (413) 302-6079 | Voice | Included | - | - | $0.00 |
| (413) 234-8648 | Mobile Internet | $50.00 | - | - | $50.00 |
| (617) 963-6624 - Removed | Voice | - | $15.38 | - | $15.38 |
| (413) 309-3953 - New | Mobile Internet | $3.87 | $0.00 | - | $3.87 |
| (413) 309-4837 - New | Mobile Internet | $3.87 | $0.00 | - | $3.87 |
| (413) 309-5402 - New | Mobile Internet | $3.87 | $0.00 | - | $3.87 |

# DETAILED CHARGES

**PLANS**  $131.61

**YOU ADDED MULTIPLE LINES!**
You added a multiple lines mid-cycle, so you have a partial plan charge along with your normal plan change.

Partial charge for new lines added for your last bill cycle — New plan charge with lines added for this bill cycle
Last bill cycle — Current bill cycle

**MID-CYCLE CHANGES**   Sep 22 - Oct 20   $5.61

 These changes were effective between Sep 21 and Oct 20, after your last bill was generated.

**CONNECTED DEVICES**

| (413) 309-3953 | SyncUP TRACKER™ w/500MB high-speed data- taxes included | $1.87 |
|---|---|---|
| | Includes $5.00 AutoPay Discount and $2.80 IoT ID230197 | |
| (413) 309-4837 | SyncUP TRACKER™ w/500MB high-speed data- taxes included | $1.87 |
| | Includes $5.00 AutoPay Discount and $2.80 IoT ID230197 | |
| (413) 309-5402 | SyncUP TRACKER™ w/500MB high-speed data- taxes included | $1.87 |
| | Includes $5.00 AutoPay Discount and $2.80 IoT ID230197 | |

**REGULAR CHARGES**   Oct 21 - Nov 20   $126.00

Charged in advance for bill period Oct 21 - Nov 20. Changes made after Oct 20 will be shown on a future bill.

**VOICE LINES**

| Account | Magenta® 55+ | $70.00 |
|---|---|---|
| | Includes $10.00 AutoPay Discount | |

---

**YOU SAVED**

**TOTAL**   $74.64

AutoPay discounts   $45.00
$5 discount per line for applicable lines on your account

Service discounts   $17.40
Includes any discounts for your plan, add-ons and one-time credits

Subscription discounts   $6.99
Discounts on subscription services through T-Mobile

Device discounts   $5.25
Promotions applied to your monthly device installments

**YOU USED**

**250.41$^{GB}$ of data**

T-Mobile Internet   **231.39$^{GB}$**
of unlimited high speed data

(617) 939-5417   **18.74$^{GB}$**
of unlimited high speed data



| | | |
|---|---|---|
| Bill issue date<br>Oct 20, 2024 | Account<br>970070951 | Page<br>3 of 22 |

**...CONTINUED - REGULAR CHARGES - VOICE LINES**

| | | |
|---|---|---|
| (617) 939-5417 | Magenta® 55+ | Included |
| (413) 302-6079 | Magenta® 55+ | Included |

**CONNECTED DEVICES**

| | | |
|---|---|---|
| (413) 234-8648 | T-Mobile Home Internet<br>Includes $5.00 AutoPay Discount | $50.00 |
| (413) 309-3953 | SyncUP TRACKER™ w/500MB high-speed data- taxes included<br>Includes $5.00 AutoPay Discount and $3.00 IoT ID230197 | $2.00 |
| (413) 309-4837 | SyncUP TRACKER™ w/500MB high-speed data- taxes included<br>Includes $5.00 AutoPay Discount and $3.00 IoT ID230197 | $2.00 |
| (413) 309-5402 | SyncUP TRACKER™ w/500MB high-speed data- taxes included<br>Includes $5.00 AutoPay Discount and $3.00 IoT ID230197 | $2.00 |

**EQUIPMENT** $47.47

**HANDSETS**

| | | |
|---|---|---|
| (617) 939-5417 | iPhone 15 Pro Max<br>ID: 202403141109542815, Balance: $425.00, Installment 8 of 24 | $25.00 |
| (617) 963-6624 | Galaxy A54 5G<br>ID: 202311071107248277, Balance: $199.73, Installment 12 of 24 | $15.38 |
| (413) 309-3953 | SyncUP TRACKER<br>$1.75 installment with -$1.75 P283 2023 SyncUP Tracker P1<br>ID: 202409221106111946, Balance: $42.00, Installment 1 of 24 | $0.00 |
| (413) 309-4837 | SyncUP TRACKER<br>$1.75 installment with -$1.75 P283 2023 SyncUP Tracker P1<br>ID: 202409221106111946, Balance: $42.00, Installment 1 of 24 | $0.00 |
| (413) 309-5402 | SyncUP TRACKER<br>$1.75 installment with -$1.75 P283 2023 SyncUP Tracker P1<br>ID: 202409221106111946, Balance: $42.00, Installment 1 of 24 | $0.00 |

**ACCESSORIES**

| | | |
|---|---|---|
| (617) 939-5417 | GoTo™ Tempered Glass Screen Protector for Samsung Galaxy A54 5G<br>ID: 202311071107248278, Balance: $2.66, Installment 12 of 12 | $2.66 |
| | OtterBox Defender Pro Case for Samsung Galaxy A54 5G<br>ID: 202311071107248278, Balance: $4.43, Installment 12 of 12 | $4.43 |

**SERVICES** $18.00

 Avoid unwanted charges and block Third Party purchases like paid downloads and subscriptions at t-mo.co/block.

**PROTECTION PLAN**

| | | |
|---|---|---|
| (617) 939-5417 | Protection 360 Tier 5 TE | $18.00 |

**T-MOBILE SUBSCRIPTION**
Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| | | |
|---|---|---|
| Account | Netflix Standard with ads - T-Mobile Offer<br>Includes $6.99 Netflix Discount | $0.00 |

**Sidebar:**

| | |
|---|---|
| (413) 302-6079 | **0.25**^GB |
| | of unlimited high speed data |
| (413) 309-3953 | **0.01**^GB |
| | of 0.49GB high speed data |
| (413) 309-4837 | **0.01**^GB |
| | of 0.49GB high speed data |
| (413) 309-5402 | **0.01**^GB |
| | of 0.49GB high speed data |
| (617) 963-6624 | **0.00**^GB |
| | was used |

**3351 minutes of talk & 1457 messages.**

Please see important unlimited plan details below

# TAXES & FEES BREAKDOWN
Below are your T-Mobile fees & charges and your government taxes & fees



| | | |
|---|---|---|
| Bill issue date<br>Oct 20, 2024 | Account<br>970070951 | Page<br>**4 of 22** |

 Unlike the other guys, we include taxes in your monthly rate. Check them out here.

## INCLUDED TAXES & FEES

**79 THOMPSON ST, Springfield MA 01109-3921**

| | |
|---|---|
| Magenta® 55+ - before taxes & fees | $69.88 |

**Included Government taxes & fees**

| | |
|---|---|
| State & Local Sales Tax | $0.12 |