UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>    Plaintiff,<br><br> v.<br><br>SAFR TECHNOLOGIES, INC., SYED GILANI, CHIME FINANCIAL INC., and VINEET MEHRA,<br><br>    Defendants. | Case No. 3:24-cv-13082 |

**DEFENDANTS SAFR TECHNOLOGIES, INC. AND SYED GILANI'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Pursuant to 16.1 (d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Safr Technologies, Inc. and Syed Gilani and their counsel certify that they have conferred:

 (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and

 (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Attested:

/s/ *Syed Gilani*
Syed Gilani
President & CEO
Safr Technologies, Inc.

DATED: September 3, 2025

Respectfully submitted,

SAFR TECHNOLOGIES, INC. and SYED GILANI,

By their attorneys:

/s/ Christopher F. Robertson
Christopher F. Robertson (BBO No. 642094)
crobertson@seyfarth.com
Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, a copy of the foregoing document was filed electronically through the Court's ECF system. Electronic copies were served on the plaintiff, who is pro se:

Paul Jones
79 Thompson Street
Springfield, MA 01109
(413) 302-6079
PJ22765@gmail.com
Pro Se

/s/ Christopher F. Robertson
Christopher F. Robertson